FILE COPY



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  BONNIE SUDDERTH

JUSTICES
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  ELIZABETH KERR
  MARK T. PITTMAN
  J. WADE BIRDWELL

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

November 15, 2018

Criminal County Clerk, Tarrant County
Tim Curry Criminal Justice Center
401 W. Belknap St., 2nd Floor
Fort Worth, TX 76196-4401
* DELIVERED VIA E-MAIL *

Brian J. Newman
209 W. 2nd St., Ste. 347
Fort Worth, TX 76102
* DELIVERED VIA E-MAIL *

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Building
100 N. Calhoun, 4th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Hon. Jamie Graves Cummings
Judge, County Criminal Court No. 5
Tim Curry Criminal Justice Center
401 W. Belknap St.
Fort Worth, TX 76137
* DELIVERED VIA E-MAIL *

Joseph W. Spence
Assistant District Attorney
Tim Curry Criminal Justice Center
401 W. Belknap St.
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:    02-18-00375-CR, 02-18-00376-CR,
                                    02-18-00377-CR
        Trial Court Case Number:    1492946, 1545647, 1545908

Style:  Omar Jawara
        v.
        The State of Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced causes. Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

FILE COPY

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*